

411 Theodore Fremd Avenue
Suite 235
Rye, New York 10580
Ph. (914) 873-4388
Fx. (914) 241-5922
www.fronteralawfirm.com

February 20, 2025

**VIA ECF**

Honorable Stacey D. Adams
United States District Court
District of New Jersey
50 Walnut Street
Courtroom PO 9
Newark, NJ 07102

Re: <u>*Wilkins, et al. v. Ames Rubber Corporation*</u>
24 Civ. 8226 (JKS)(SDA)

Dear Judge Adams:

    We represent Plaintiffs in the above-referenced matter and together with counsel for Defendant, respectfully submit this letter to request a 30-day stay of discovery in this matter to allow the parties to explore potential early resolution.

    Given the nature of the claims asserted in this case, including allegations of wage and hour violations under the FLSA and NJWHL, as well as discrimination claims under state and federal law, the parties believe it would be beneficial to engage in early settlement discussions before incurring significant discovery costs. A brief stay would allow the parties to focus their resources on meaningful settlement negotiations. This is the first request for a stay of the discovery schedule and Defendant consents to the request. There have been no previous stay or extension requests by either party.

    The pretrial scheduling order so ordered by Your Honor on November 13, 2024 (ECF No. 12) includes a status conference scheduled for March 7, 2025. We respectfully request that the conference be adjourned to a date following the 30-day stay.

    We thank the Court for its time and consideration and remain available to provide additional information if needed.

Respectfully submitted,

Laura Rodríguez

cc: All Counsel of Record (via ECF)