UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KATHERYN WILKINS and STEPHANIE HUIZINGA**, <br><br> Plaintiffs, <br><br> v. <br><br> **AMES RUBBER CORPORATION**, <br><br> Defendants. | Case No. 2:24-cv-8226 (JKS) (SDA) <br><br> Hon. Stacey D. Adams <br><br> **AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court for a status conference before the undersigned on **April 25, 2025** and for good cause shown,

**IT IS, on this 25th day of April, 2025, hereby ORDERED** as follows:

1. The deadline for fact discovery is extended until **September 30, 2025**.

2. The deadline for affirmative expert reports is extended until **November 14, 2025.**

3. The deadline for responsive expert reports is extended until **December 15, 2025.**

4. The deadline for expert discovery, including expert depositions, is extended until **January 15, 2026.**

5. A settlement conference before Magistrate Judge Stacey Adams is scheduled on **August 19, 2025 at 10:00 a.m.** IN PERSON at the Frank R. Lautenberg Post Office and U.S. Courthouse, 2 Federal Square, Courtroom 9, Newark, NJ 07102. Trial counsel and all parties must attend. If a corporate or government entity is a party, then a person with full settlement authority must attend. If an insurance carrier is involved, then an adjustor with full settlement authority must attend (in addition to the party). Each party shall submit, by email to SDA_orders@njd.uscourts.gov, a

confidential settlement memorandum of no more than ten double spaced pages no later than five business days before the conference. Voluminous exhibits to settlement letters (exceeding 20 pages) will not be reviewed by the Court unless submitted in hard copy that is received by Chambers no later than five (5) business days in advance of the settlement conference.

*s/ Stacey D. Adams*
Hon. Stacey D. Adams
United States Magistrate Judge
